IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02093-PAB

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

MARC HARRIS KAPLAN,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court *sua sponte* on defendant's Notice of Removal [Docket No. 1]. Mr. Kaplan attempts to remove this state criminal case from the County Court of El Paso County, Colorado pursuant to 28 U.S.C. §1446(c)(1)-(2). The notice of removal alleges that the state court "lacks Subject Matter and In personam Jurisdiction" over the pending criminal trial. Docket No. 1 at 3, ¶ 4. Due to the nature of the Notice of Removal, this matter was improperly filed as a civil case.

    For the foregoing reasons, it is

    **ORDERED** that this civil case shall be dismissed. It is further

    **ORDERED** that the Clerk of Court shall file this matter as a criminal case. It is further

    **ORDERED** that the filing fee shall be refunded to defendant Marc Harris Kaplan.

    DATED August 12, 2011.